THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In The Interest
 Of Eric G., A Minor Under The Age Of Seventeen, Appellant.
 
 
 
 
 

Appeal From Richland County
 Deborah Neese, Family Court Judge
Donna S. Strom, Family Court Judge

Unpublished Opinion No. 2010-UP-170
 Submitted February 1, 2010  Filed March
1, 2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General Julie M. Thames, and Solicitor
 Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Eric G. was adjudicated delinquent by
 the family court.  He appeals the finding, arguing the court erred in denying
 his directed verdict motion and rushing the case to conclusion.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authorities:  State v. Turner, 373 S.C. 121, 126 n.1, 644 S.E.2d 693,
 696 n.1 (2007) (holding in order for an issue to be preserved for review, it
 must have been raised to and ruled upon by the trial court); In the Interest
 of Bruce O., 311 S.C. 514, 515, 429 S.E.2d 858, 858 (Ct. App. 1993)
 ("A motion for a directed verdict should be denied when there is any
 evidence, direct or circumstantial, which reasonably tends to prove the guilt
 of the accused or from which the guilt of the accused may be fairly and
 logically deduced.").
AFFIRMED.
PIEPER, GEATHERS, JJ., and
 CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.